# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 16, 2014

## NO. 03-13-00188-CV

Gregory A. Littlefield, Appellant

v.

Nancy G. Littlefield, Appellee

APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on December 20, 2012. Appellant

has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that

the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal.

Appellant shall pay all costs relating to this appeal, both in this Court and the court below.